# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:08-cr-248 |
| | ) | |
| JIMMY LEE GADSON, JR. | ) | |
| also known as LOCO | | |

## MEMORANDUM ORDER OF COURT

The Court has been apprised that a difficult and precarious situation has arisen in this case affecting counsel for Defendant. Accordingly, the Court finds that it is in the interest of justice to appoint Patrick J. Thomassey, Esquire, as an additional attorney on behalf of Defendant.

Section 2.11(B) of the Guidelines for the Administration of the Criminal Justice Act, Chapter II, Part B, provides as follows:

> In an extremely difficult case where the court finds it in the interest of justice to appoint an additional attorney, each attorney is eligible to receive the maximum compensation allowable under the Act. . . .

Therefore, on this the 11th day of June, 2009, it is hereby **ORDERED** as follows:

(1) The Court finds, pursuant to § 2.11(B) of the Guidelines for the Administration of the Criminal Justice Act, that the appointment of Patrick J. Thomassey, Esquire, as an additional attorney to serve as co-counsel for Defendant, Jimmy Lee Gadson, Jr., in this difficult situation is necessary and in the interest of justice;

(2) The Court also finds, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(b), that the services of Attorney Thomassey are necessary for adequate representation of Defendant Gadson; and

1

(3) The fees for Patrick J. Thomassey's services are to be paid pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A(d) and § 2.11(B) of the Guidelines for the Administration of the Criminal Justice Act.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc: Amy L. Fitzpatrick,
Assistant United States Attorney
Email: amy.fitzpatrick@usdoj.gov

Martha E. Bailor, Esquire
Email: meb@pghmail.com

Patrick J. Thomassey, Esquire
Email: pthomassey@hotmail.com

Jimmy Lee Gadson, Jr.
Northeast Ohio Correctional Center
2240 Hubbard Road
Youngstown, OH 44505